```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02553
    ALFRED ELLIS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7545

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 02/05/2008 and was confirmed 04/02/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 11/05/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER    1199.44            .00          .00
BANK OF AMERICA            CURRENT MORTG        .00            .00          .00
BANK OF AMERICA            MORTGAGE ARRE        .00            .00          .00
CONSUMER PORTFOLIO SERV    SECURED VEHIC   19496.00         333.50       567.38
CITY OF CHICAGO PARKING    UNSEC W/INTER     200.00            .00          .00
COMMONWEALTH EDISON        UNSEC W/INTER NOT FILED            .00          .00
WEST SUBURBAN MEDICAL CT   UNSEC W/INTER NOT FILED            .00          .00
WEST SUBURBAN MEDICAL CT   UNSEC W/INTER NOT FILED            .00          .00
ADVENTIST HINSDALE HOSPI   UNSEC W/INTER NOT FILED            .00          .00
RUBY ELLIS                 NOTICE ONLY   NOT FILED            .00          .00
CONSUMER PORTFOLIO SERV    UNSEC W/INTER NOT FILED            .00          .00
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER     238.80            .00          .00
BANK OF AMERICA            NOTICE ONLY   NOT FILED            .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,314.00                    2,181.13
TOM VAUGHN                 TRUSTEE                                       267.99
DEBTOR REFUND              REFUND                                           .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  3,350.00

PRIORITY                                            .00
SECURED                                          567.38
    INTEREST                                     333.50
UNSECURED                                           .00
ADMINISTRATIVE                                 2,181.13
TRUSTEE COMPENSATION                             267.99
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                   3,350.00                3,350.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02553 ALFRED ELLIS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE